## Joseph Maradeo, Appellee, v. Chicago Transit Authority, Appellant.

### Gen. No. 44,466.

Werner W. Schroeder, William S. Allen, Geoffrey B. Fleming, and Arthur J. Donovan, for appellant; Coghlan & Coghlan, for appellee; John P. Coghlan and Charles T. Shanner, of counsel. Opinion by JUSTICE SCANLAN. **Not to be published in full.** Opinion filed January 24, 1950; released for publication March 9, 1950.

## H. J. Coleman and Company, Inc., Appellee, v. James Campbell, Appellant.

### Gen. No. 44,567.

Samuel Nineberg, for appellant; Silverstein & Silverstein, for appellee, Earle G. Kallen, of counsel. Opinion by JUSTICE SCANLAN. **Not to be published in full.** Opinion filed January 24, 1950; released for publication March 9, 1950.